NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted January 6, 2014; decided February 25, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 993 (2013)]. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK BARCLAY, Appellant.

Submitted January 13, 2014; decided February 25, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 855 (2013)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS FORD, Appellant.

Submitted January 21, 2014; decided February 25, 2014

Motion for leave to appeal granted. Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY S. PIGNATARO, Appellant.

Submitted January 27, 2014; decided February 25, 2014

Motion for reargument denied [*see* 22 NY3d 381 (2013)].